IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | | |
|---|---|---|
| JOSE HILARIO FORTUNA SOLIS | § § § | |
| v. | § § § § | CIVIL ACTION NO. 9:18-cv-00013-RC |
| FARMON S. SADRIEV AND BEKZOD TRUCKING, INC. | § § | |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, Plaintiff JOSE HILARIO FORTUNA SOLIS dismisses his civil action against Defendants FARMON S. SADRIEV, BEKZOD TRUCKING, INC., and AN ENTERPRISE, INC. with prejudice thereby concluding this matter in its entirety. Plaintiff's case is dismissed with prejudice, and this joint stipulation acts as an adjudication of Plaintiff's claims on the merits and is effective as of the date it is filed with the Court.

Respectfully submitted,

**THE FUENTES FIRM, P.C.**

*/s/ Robert Fuentes*
ROBERT FUENTES
State Bar No. 24005405
Federal Bar No. 28591
DAVID HELMEY
State Bar No.  24092504
Federal Bar No. 2790922
5507 Louetta Road, Suite A
Spring, Texas 77379
Telephone: (281) 378-7640
robert@fuentesfirm.com
david@fuentesfirm.com
**ATTORNEY FOR DEFENDANTS**

ABRAHAM, WATKINS, NICHOLS, SORRELS, AGOSTO & AZIZ

/s/ Muhammad S. Aziz*

MUHAMMAD S. AZIZ
State Bar No. 24043538
ALVIN ADJEI
State Bar No. 24082259
800 Commerce Street
Houston, Texas 77002
Telephone: (713) 222-7211
Facsimile: (713) 225-0827
maziz@abrahamwatkins.com
**ATTORNEYS FOR PLAINTIFF**
\* Signed by Permission

**CERTIFICATE OF SERVICE**

      I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system. A true and correct copy of the foregoing document is being served upon counsel of record in compliance with the Federal Rules of Civil Procedure by certified mail, return receipt requested, telephonic communications, hand delivery, CM/ECF and/or U.S. Mail on this the 13th day of November, 2018.

*/s/ Robert Fuentes*
ROBERT FUENTES

2