\*\*NOT FOR PRINTED PUBLICATION\*\*

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | | |
|---|---|---|
| JOSE HILARIO FORTUNA SOLIS, | § § § | |
| Plaintiff, | § § | CIVIL ACTION NO.  9:18-CV-00013-RC |
| v. | § § | |
| FARMON S SADRIEV, BEKZOD TRUCKING, INC., AN ENTERPRISE, INC., | § § § § § | |
| Defendants. | | |

**ORDER GRANTING JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff Jose Hilario Fortuna Solis and Defendants Bekzod Trucking, Inc. and AN Enterprise, Inc., filed a Joint Stipulation of Dismissal with Prejudice [Dkt. #36], seeking to dismiss the case with prejudice.

IT IS THEREFORE ORDERED that the parties' Joint Stipulation of Dismissal with Prejudice [Dkt. #36] is **GRANTED** and that Plaintiff Solis's case against Defendants Bekzod Trucking, Inc. and AN Enterprise, Inc. is DISMISSED WITH PREJUDICE.

**So Ordered and Signed**
**Nov 21, 2018**

_____
Ron Clark, Senior District Judge